# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　　　　Crim. No. 4:02-CR-48-1

ELMER RAY VAUGHN

　　　On July 7, 2006, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　　　　　Respectfully submitted,


　/s/ Kevin L. Connolley　　　　　　　　　　　　　　　/s/ C. Lee Meeks, Jr.
Kevin L. Connolley　　　　　　　　　　　　　　　　　C. Lee Meeks, Jr.
Supervising U.S. Probation Officer　　　　　　　　　U.S. Probation Officer


## ORDER OF COURT

　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _30th_ day of _November_, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Malcolm J. Howard_
　　　　　　　　　　　　　　　　　　　　　　　　　　Malcolm J. Howard
　　　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge